JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIT SAHAKYAN, | CV 12-628 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., AND BANK OF NEW YORK TRUST COMPANY, N.A., | |
| Defendants. | |

Pursuant to the Court's April 13, 2012 Minute Order granting the Motion to Dismiss filed by defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., and Bank of New York Trust Company, N.A. (collectively "Defendants") , which dismissed all of the claims asserted by plaintiff Lilit Sahakyan ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3      IT IS SO ORDERED.
4
5 DATED: April 13, 2012               _____
6                                                 Percy Anderson
                                        UNITED STATES DISTRICT JUDGE