JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIT SAHAKYAN, | CV 12-628 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., AND BANK OF NEW YORK TRUST COMPANY, N.A., | |
| Defendants. | |

Pursuant to the Court's July __, 2012 Minute Order granting the Motion to Dismiss filed by defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., and Bank of New York Trust Company, N.A. (collectively "Defendants") , which dismissed all of the federal claims asserted by plaintiff Lilit Sahakyan ("Plaintiff"), and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissed those claims without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claims for violations of the Truth in Lending Act, Real Estate Settlement Procedures Act,

1  and Racketeer Influenced Corrupt Organizations Act are dismissed with prejudice and
2  Plaintiffs' remaining state law claims are dismissed without prejudice.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
4  nothing and that Defendants shall have their costs of suit.
5      IT IS SO ORDERED.

7  DATED: July 7, 2012    _____
                                      Percy Anderson
8                          UNITED STATES DISTRICT JUDGE